IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JAMIE PAUL DESPER, ) | Civil Action No. 7:12-cv-00575 | |
|     Petitioner, ) | | |
| ) | | |
| v. ) | **ORDER** | |
| ) | | |
| COMMUNITY CORRECTIONS, ) | By: Hon. Michael F. Urbanski | |
|     Respondent. ) | United States District Judge | |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED**, pursuant to Rule 4 of the Rules Governing § 2254 Cases; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to petitioner.

Entered: February 4, 2013

*/s/ Michael F. Urbanski*

Michael F. Urbanski
United States District Judge